















LMM    8/1/01    13:32

3:01-CV-01206    BANC OF AMERICA V. APOLLO FISHERIES

*19*

*DECL.*

1  JEFFRY A. DAVIS (Bar No. 103299)
   EVAN R. SOREM (Bar No. 185588)
2  **GRAY CARY WARE & FREIDENRICH** LLP
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619-699-4791
4  Fax: 619-699-2701

5  Attorneys for Defendants
   Apollo Fisheries Service, Inc., dba Blue
6  Porpoise Marine, Natalie Cintas-Gladnick and
   Ronald Gladnick

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 BANC OF AMERICA SPECIALITY        CASE NO. 01 CV 1206 BTM (LSP)
   FINANCE, INC., a North
12 Carolina Corporation,            **DECLARATION OF NATALIE CINTAS-**
   successor-in-interest and        **GLADNICK IN SUPPORT OF OPPOSITION**
13 formerly known as                **TO BANC OF AMERICA SPECIALITY**
   NATIONSCREDIT COMMERCIAL         **FINANCE, INC.'S APPLICATION FOR**
14 CORPORATION OF AMERICA,          **EX PARTE WRIT OF POSSESSION AND**
                                    **TEMPORARY RESTRAINING ORDER**
15            Plaintiff,

16       v.                         Date:          TBA
                                    Time:          TBA
17 APOLLO FISHERIES SERVICE,        Courtroom:     15
   INC. dba BLUE PORPOISE           Honorable Barry T. Moskowitz
18 MARINE; NATALIE CINTAS-
   GLADNICK, an individual, and
19 RONALD GLADNICK, an
   individual,
20
              Defendants.
21

22       I, Natalie Cintas-Gladnick, declare:

23       1.    I am the President of Defendant Apollo Fisheries

24 Service, Inc., dba Blue Porpoise Marine ("Blue Porpoise"), and am

25 authorized to make this declaration on behalf of Blue Porpoise.

26 I have personal knowledge of the following facts and, if called

27 upon to do so, could and would competently testify thereto.

28 /////

2.   Together with my staff, I have custody and control of certain Blue Porpoise books and records relating to the subject of this action.  I am familiar with the manner in which these books and records are made and maintained.

3.   These books and records were made and maintained in the ordinary course of business by persons who have a business duty to Blue Porpoise to make and maintain such books and records. These books and records were made at or near the time of the occurrence of the event or events which they record.  I have reviewed Blue Porpoise's books and records as they relate to the obligations which are the subject of this action.  I make this declaration based upon that review and my personal knowledge of the events described herein.

4.   Blue Porpoise has a financing arrangement with Banc of America Specialty Finance, Inc. ("Specialty Finance").

5.   Blue Porpoise has no intent to transfer, conceal or remove from the state or substantially impair in value Specialty Finance's Collateral.  Rather, Blue Porpoise's sole intention is to liquidate the Collateral, remit the proceeds to Specialty Finance in order to pay off amounts owing to Specialty Finance, and remain an operating business.

6.   While Blue Porpoise is suffering from some financial difficulty, Blue Porpoise has paid Specialty Finance in excess of $940,000 from the sale of Specialty Finance's Collateral since January 2000.  A true and correct copy of the Blue Porpoise Quickbooks report showing such payments is attached hereto as Exhibit A and incorporated herein by this reference.

/////

GRAY CARY WARE
& FREIDENRICH LLP

SD\1459747.1
2103288-1

01cv1206

-2-

7.   Blue Porpoise has not sold any of Specialty Finance's Collateral Out of Trust.  Blue Porpoise has consistently indicated to Specialty Finance that the $98,080 in proceeds from the sale of Specialty Finance's Collateral would be remitted to Specialty Finance at the earliest possible time.  Blue Porpoise has every intent of remitting this payment to Specialty Finance provided that Blue Porpoise obtains adequate assurances from Specialty Finance that Specialty Finance will forbear from any further pre-judgment collection activities.  Blue Porpoise has segregated these funds and stands prepared to forward the funds to Specialty Finance at once.

8.   The Ex Parte Application alleges that Blue Porpoise may have utilized funds received from the sale of Specialty Finance's Collateral to pay other debts.  This is not the case.  Blue Porpoise has not utilized funds received from the sale of Specialty Finance's Collateral to pay any other debts.

9.   At this time, there remain only six items of Specialty Finance's Collateral in Blue Porpoise's possession.  A true and correct copy of an Inventory Checklist of the items of Collateral still held by Blue Porpoise is attached hereto as Exhibit B and is incorporated herein by this reference.  The first six items on the Inventory Checklist are the items of Collateral still in Blue Porpoise's possession; the remaining three items were the items sold to generate the $98,080 in proceeds referenced above.  The second and third entries on the Inventory Checklist, those bearing serial numbers NTLAD-675C and 10-1202, are the subject of a pending sale by Blue Porpoise to a third party.  Blue Porpoise will ensure that the proceeds from this sale are remitted to

1   Specialty Finance provided that Blue Porpoise receives adequate

2   assurances from Specialty Finance that Specialty Finance will

3   forbear from any further pre-judgment collection activities.

4   Blue Porpoise will segregate the funds received from the sale of

5   these items and will stand prepared to forward the funds to

6   Specialty Finance at once.

7       10.   Once Specialty Finance receives the $98,080 in proceeds

8   and the proceeds from Blue Porpoise's sale of the items

9   referenced in paragraph 9 above, the amount of Blue Porpoise's

10  debt to Specialty Finance will be reduced to approximately

11  $60,000.   This is a very substantial reduction from the $234,475

12  owing as of the time Specialty Finance filed the complaint in

13  this matter.

14      11.   As a result of Blue Porpoise's substantial payments to

15  Specialty Finance over the past eighteen months and Blue

16  Porpoise's continuing assurances of future payments to Specialty

17  Finance upon receipt of adequate assurances, Blue Porpoise

18  requests that the Court deny the Ex Parte Application from the

19  proceedings in the instant stay this action for ninety days, to

20  permit Blue Porpoise to sell the remaining Collateral of

21  Specialty Finance and payoff all amounts owing to Specialty

22  Finance.   In addition, Blue Porpoise requests that the court set

23  a hearing on this matter to permit the parties an opportunity to

24  present their positions more fully to the Court.

25      12.   If the Court simply grants the Ex Parte Application and

26  Specialty Finance proceeds with the suit and other pre-judgment

27  remedies, Blue Porpoise will have no choice but to file

28  bankruptcy, which will destroy Blue Porpoise's business, cause a

GRAY CARY WARE        SD\1459747.1                                            01cv1206
& FREIDENRICH LLP     2103288-1

-4-

1  loss of jobs and lead to a disastrous result for Specialty

2  Finance and other Blue Porpoise creditors.

3      I declare under penalty of perjury under the laws of the

4  State of California that the foregoing is true and correct and

5  that this declaration was executed on August ___, 2001, at

6  San Diego, California.

7

8                   Natalie Cintas-Gladnick

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**BPM**
**Find Report**
January through July 2001

07/30/01

| Type | Date | Num | Name | debit | Credit |
|------|------|-----|------|-------|--------|
| **Jan - Jul '01** | | | | | |
| Check | 1/2/2001 | 52012 | NATIONS CREDIT | | 1,802.01 |
| Check | 1/2/2001 | 52012 | NATIONS CREDIT | 1,802.01 | |
| Check | 1/29/2001 | 52135 | NATIONS CREDIT | | 1,272.20 |
| Check | 1/29/2001 | 52135 | NATIONS CREDIT | 1,272.20 | |
| Check | 2/6/2001 | 52161 | NATIONS CREDIT | | 18,652.12 |
| Check | 2/6/2001 | 52161 | NATIONS CREDIT | 18,652.12 | |
| Check | 2/23/2001 | 60069 | NATIONS CREDIT | | 1,254.66 |
| Check | 2/23/2001 | 60069 | NATIONS CREDIT | 1,254.66 | |
| Check | 3/1/2001 | 60082 | NATIONS CREDIT | | 34,677.09 |
| Check | 3/1/2001 | 60082 | NATIONS CREDIT | 34,677.09 | |
| Check | 3/7/2001 | 60113 | NATIONS CREDIT | | 1,130.00 |
| Check | 3/7/2001 | 60113 | NATIONS CREDIT | 1,130.00 | |
| Check | 4/3/2001 | 60254 | NATIONS CREDIT | | 24,348.31 |
| Check | 4/3/2001 | 60254 | NATIONS CREDIT | 24,348.31 | |
| Check | 4/16/2001 | 60353 | NATIONS CREDIT | | 1,309.65 |
| Check | 4/16/2001 | 60353 | NATIONS CREDIT | 1,309.65 | |
| Check | 4/16/2001 | 60356 | NATIONS CREDIT | | 11,807.94 |
| Check | 4/16/2001 | 60356 | NATIONS CREDIT | 11,807.94 | |
| Check | 5/2/2001 | 60442 | NATIONS CREDIT | | 8,202.77 |
| Check | 5/2/2001 | 60442 | NATIONS CREDIT | 8,202.77 | |
| Check | 5/2/2001 | 60443 | NATIONS CREDIT | | 11,909.10 |
| Check | 5/2/2001 | 60443 | NATIONS CREDIT | 11,909.10 | |
| Check | 5/17/2001 | 60564 | NATIONS CREDIT | | 2,578.70 |
| Check | 5/17/2001 | 60564 | NATIONS CREDIT | 2,578.70 | |
| Check | 5/23/2001 | 60629 | NATIONS CREDIT | | 26,759.60 |
| Check | 5/23/2001 | 60629 | NATIONS CREDIT | 26,759.60 | |
| Check | 6/15/2001 | 60717 | NATIONS CREDIT | | 10,105.82 |
| Check | 6/15/2001 | 60717 | NATIONS CREDIT | 10,105.82 | |
| Check | 6/15/2001 | 60718 | NATIONS CREDIT | | 2,826.92 |
| Check | 6/15/2001 | 60718 | NATIONS CREDIT | 2,826.92 | |
| Check | 7/11/2001 | 60854 | NATIONS CREDIT | | 8,952.30 |
| Check | 7/11/2001 | 60854 | NATIONS CREDIT | 8,952.30 | |
| Check | 7/11/2001 | 60855 | NATIONS CREDIT | | 9,317.70 |
| Check | 7/11/2001 | 60855 | NATIONS CREDIT | 9,317.70 | |
| Check | 7/11/2001 | 60856 | NATIONS CREDIT | | 26,833.62 |
| Check | 7/11/2001 | 60856 | NATIONS CREDIT | 26,833.62 | |
| **Jan - Jul '01** | | | | **203,741.51** | **203,741.51** |

**BPM**
# Find Report
### January through December 2000

07/90/01

| Type | Date | Num | Name | Debit | Credit |
|------|------|-----|------|-------|--------|
| **Jan - Dec '00** | | | | | |
| Check | 1/21/2000 | 36905 | NATIONS CREDIT | | 11,860.94 |
| Check | 1/21/2000 | 36905 | NATIONS CREDIT | 11,860.94 | |
| Check | 1/21/2000 | 36906 | NATIONS CREDIT | | 11,799.00 |
| Check | 1/21/2000 | 36906 | NATIONS CREDIT | 11,799.00 | |
| Check | 1/21/2000 | 36907 | NATIONS CREDIT | | 5,564.92 |
| Check | 1/21/2000 | 36907 | NATIONS CREDIT | 5,564.92 | |
| Check | 1/21/2000 | 36908 | NATIONS CREDIT | | 9,201.60 |
| Check | 1/21/2000 | 36908 | NATIONS CREDIT | 9,201.50 | |
| Check | 2/24/2000 | 37213 | NATIONS CREDIT | | 1,982.12 |
| Check | 2/24/2000 | 37213 | NATIONS CREDIT | 1,982.12 | |
| Check | 2/25/2000 | 37181 | NATIONS CREDIT | | 12,555.15 |
| Check | 2/25/2000 | 37181 | NATIONS CREDIT | 12,555.15 | |
| Check | 3/9/2000 | 37305 | NATIONS CREDIT | | 9,971.10 |
| Check | 3/9/2000 | 37305 | NATIONS CREDIT | 9,971.10 | |
| Check | 4/13/2000 | 50171 | NATIONS CREDIT | | 65,860.93 |
| Check | 4/13/2000 | 50171 | NATIONS CREDIT | 65,860.93 | |
| Check | 4/20/2000 | 50236 | NATIONS CREDIT | | 1,150.54 |
| Check | 4/20/2000 | 50236 | NATIONS CREDIT | 1,150.54 | |
| Check | 4/25/2000 | 50237 | NATIONS CREDIT | | 65,850.93 |
| Check | 4/25/2000 | 50237 | NATIONS CREDIT | 65,850.93 | |
| Check | 4/27/2000 | 50255 | NATIONS CREDIT | | 776.96 |
| Check | 4/27/2000 | 50255 | NATIONS CREDIT | 776.96 | |
| Check | 5/1/2000 | 50256 | NATIONS CREDIT | | 776.96 |
| Check | 5/1/2000 | 50256 | NATIONS CREDIT | 776.96 | |
| Check | 5/11/2000 | 50281 | NATIONS CREDIT | | 61,882.24 |
| Check | 5/11/2000 | 50281 | NATIONS CREDIT | 61,882.24 | |
| Check | 5/25/2000 | 50422 | NATIONS CREDIT | | 19,091.32 |
| Check | 5/25/2000 | 50422 | NATIONS CREDIT | 19,091.32 | |
| Check | 5/25/2000 | 50431 | NATIONS CREDIT | | 349.00 |
| Check | 5/25/2000 | 50431 | NATIONS CREDIT | 349.00 | |
| Check | 6/2/2000 | 50430 | NATIONS CREDIT | | 1,402.61 |
| Check | 6/2/2000 | 50430 | NATIONS CREDIT | 1,402.61 | |
| Check | 6/6/2000 | 50553 | NATIONS CREDIT | | 23,504.42 |
| Check | 6/6/2000 | 50553 | NATIONS CREDIT | 23,504.42 | |
| Check | 6/27/2000 | 50725 | NATIONS CREDIT | | 69,143.37 |
| Check | 6/27/2000 | 50725 | NATIONS CREDIT | 69,143.37 | |
| Check | 7/3/2000 | 50764 | NATIONS CREDIT | | 1,160.31 |
| Check | 7/3/2000 | 50764 | NATIONS CREDIT | 1,160.31 | |
| Check | 7/20/2000 | 50831 | NATIONS CREDIT | | 70,820.50 |
| Check | 7/20/2000 | 50831 | NATIONS CREDIT | 70,820.50 | |
| Check | 7/28/2000 | 50893 | NATIONS CREDIT | | 2,098.77 |
| Check | 7/28/2000 | 50893 | NATIONS CREDIT | 2,098.77 | |
| Check | 8/3/2000 | 50977 | NATIONS CREDIT | | 12,142.00 |
| Check | 8/3/2000 | 50977 | NATIONS CREDIT | 12,142.00 | |
| Check | 8/18/2000 | 51109 | NATIONS CREDIT | | 11,909.00 |
| Check | 8/18/2000 | 51109 | NATIONS CREDIT | 11,909.00 | |
| Check | 8/23/2000 | 51143 | NATIONS CREDIT | | 2,190.50 |
| Check | 8/23/2000 | 51143 | NATIONS CREDIT | 2,190.50 | |
| Check | 8/24/2000 | 51169 | NATIONS CREDIT | | 1,087.88 |
| Check | 8/24/2000 | 51169 | NATIONS CREDIT | 1,087.88 | |
| Check | 8/25/2000 | 50989 | NATIONS CREDIT | | 78,942.15 |
| Check | 8/25/2000 | 50989 | NATIONS CREDIT | 78,942.15 | |
| Check | 9/12/2000 | 51330 | NATIONS CREDIT | | 49,080.99 |
| Check | 9/12/2000 | 51330 | NATIONS CREDIT | 49,080.99 | |
| Check | 9/18/2000 | 51305 | NATIONS CREDIT | | 79,866.50 |
| Check | 9/18/2000 | 51305 | NATIONS CREDIT | 79,866.50 | |
| Check | 9/29/2000 | 51461 | NATIONS CREDIT | | 2,863.21 |
| Check | 9/29/2000 | 51461 | NATIONS CREDIT | 2,863.21 | |
| Check | 10/30/2000 | 51676 | NATIONS CREDIT | | 1,802.61 |
| Check | 10/30/2000 | 51676 | NATIONS CREDIT | 1,802.01 | |
| Check | 11/22/2000 | 51766 | NATIONS CREDIT | | 29,437.86 |
| Check | 11/22/2000 | 51766 | NATIONS CREDIT | 99,437.86 | |

**BPM**
**Find Report**
January through December 2000

07/30/01

| Type | Date | Num | Name | Debit | Credit |
|------|------|-----|------|-------|--------|
| Check | 12/1/2000 | 51818 | NATIONS CREDIT | | 1,489.72 |
| Check | 12/1/2000 | 51818 | NATIONS CREDIT | 1,489.72 | |
| Check | 12/26/2000 | 51910 | NATIONS CREDIT | | 75,430.95 |
| Check | 12/26/2000 | 51910 | NATIONS CREDIT | 75,430.95 | |
| Jan - Dec '00 | | | | 733,197.46 | 733,197.46 |

EXHIBIT B

# INVENTORY CHECKLIST

RESULTS PRINTED ON: 07/24/01
LAST INSPECTION: 07/17/01
CLIENT: SPECIAL ASSETS MARINE

R REP: PETERSON, RON
CE LOC: SACRAMENTO

PORPOISE MARINE
W MORENA BLVD
IEGO, CA 92110
76-8862

DIST-DLR#: 6176-1010
DISTRIBUTOR NAME: SPECIAL ASSET MARINE

BRANCH CONTACT
KEN DAIGREPONT
(800) 876-8544

REMIT TO
BANC OF AMERICA SPECIALTY FINANCE, INC.
P O BOX 198806
ATLANTA GA 30384-89, 06

| ITM | DATE | PLAN | MFG | PRODUCT | MODEL | SERIAL | PR | CR | ST DATE | PRES BAL | AMT DUE | WHY | PRIOR | COLLECT | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/16/99 | 2144 | GRADY WHITE | BOAT | 208ADVEN | NTLX0-570U | | >* | | 16,807.80 | 16,807.80 | MAT | 0.00 | 0.00 | 1 |
| 500 | 11/16/99 | 2144 | YAMAHA | ENGINE | 200 HP | 10-0119 | ✓ | >* | | 11,913.30 | 11,913.30 | MAT | 0.00 | 0.00 | 1 |
| 1 | 03/27/00 | 2131 | GRADY WHITE | BOAT | 208ADVEN | NTLAD-575C | | >* | | 19,657.57 | 0.00 | | 0.00 | 0.00 | 1 |
| 500 | 03/27/00 | 2131 | YAMAHA | ENGINE | 200 HP | 10-1202 | ✓ | >* | | 11,913.39 | 0.00 | | 0.00 | 0.00 | 1 |
| 1 | 10/23/00 | 2144 | GRADY WHITE | BOAT | 223TOURN | NTL8-K325 | | ^ | | 18,461.22 | 0.00 | | 0.00 | 0.00 | 1 |
| 500 | 10/23/00 | 2144 | YAMAHA | ENGINE | 200 HP | 10-2730 | | >* | | 12,418.00 | 0.00 | | 0.00 | 0.00 | 1 |
| 1 | 11/01/00 | 2143 | GRADY WHITE | BOAT | 300MARLI | NTLE-A341 | CP | S | 7/24/01 | 71,708.35 | 71,708.35 | SOLD | 0.00 | 0.00 | 1 |
| 500 | 11/01/00 | 2143 | YAMAHA | ENGINE | 250 HP | 1AX10-5885 | CP | S | 7/24/01 | 13,449.80 | 13,449.80 | SOLD | 0.00 | 0.00 | 1 |
| 501 | 11/01/00 | 2143 | YAMAHA | ENGINE | 250 HP | 1BX10-3159 | CP | S | 7/24/01 | 12,922.70 | 12,922.70 | SOLD | 0.00 | 0.00 | 1 |
| 0 | 12/20/99 | | | | | | | | | 1,903.60 | 1,903.60 | CHGS | 0.00 | 0.00 | 0 |
| | | | | | | | | | | 191,275.64 | 128,895.55 | | 0.01 | 0.00 | |

NUMBER OF ITEMS: 9

mif has a Note or Condition Report Attached

LOCATED AT:

| LOCATION | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 1 | 1465 W MORENA BLVD | | SAN DIEGO | CA | 92110 |