















```
BAR   8/20/01   9:16
3:01-CV-01206   BANC OF AMERICA V. APOLLO FISHERIES
*50*
*MO.*
```

Minutes of the United States District Court
Southern District of California

| Hon. **Barry Ted Moskowitz** | Deputy Clerk: **S. August** | Court Rept: **L. Pence** |
|---|---|---|
| 01CV1206-BTM(LSP) BANC OF AMERICA SPECIALTY FINANCE, INC. etc | v. | APOLLO FISHERIES SERVICE INC., et al |

ORDER TO SHOW CAUSE RE CONTEMPT OF COURT AND PERJURY

      RICHARD M. SEGAL                   EVAN R. SOREM
                                                          KNUT JOHNSON, FED DEF INC

================================================================================

COURT APPTD'S US ATTORNEY TO PROSECUTE CONTEMP CASE AGAINST DEFT AND HER COMPANY.
BENCH TRIAL SET FOR 9-19-01 @ 2:30PM
COURT TO ISSUE ORDER.


DATE:   8-16-01

Deputy

50