















```
JRL    8/20/01    15:27
3:01-CV-01206    BANC OF AMERICA V. APOLLO FISHERIES
*51*
*O.*
```

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

01 AUG 20 PM 2:16

Banc of America Specialty Finance, Inc. v. Apollo Fisheries Service, Inc., et al.
No. 01cv1206 BTM (LSP)

| HON. LEO S. PAPAS | CT. DEPUTY TRISH LOPEZ | Rptr. |
|---|---|---|
| | | BY: _____ DEPUTY |

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Richard M. Segal | Evan R. Sorem |

Settlement Conference held. Case settled.

The Early Neutral Evaluation conference calendered to be held on September 18, 2001, at 8:30 a.m. before United States Magistrate Judge Leo S. Papas, United States Courthouse, Courtroom G, First Floor, 940 Front Street, San Diego, California, is hereby vacated.

__X__  Copies to: Counsel of Record                _____ Notified by Telephone

DATE: August 15, 2001                               INITIALS: __PML__ Deputy

IT IS SO ORDERED: _____
Leo S. Papas, US Magistrate Judge

minutes.01cv1206 BTM(LSP)