US DISTRICT COURT INDEX SHEET

















MAM

3:01-CV-1206 BANC OF AMERICA V. APOLLO FISHERIES

*64*

*O*

ORIGINAL

1   JENNIE L. LA PRADE # 82224
    PILLSBURY WINTHROP LLP
2   Los Angeles, CA  90017-5406
    Telephone:  (213) 488-7100                    02 JAN 23  AM 9: 35
3   Facsimile:  (213) 629-1033

4   RICHARD M. SEGAL #156975
    MICHELLE L. ADAMS #198956
5   PILLSBURY WINTHROP LLP                         BY: K.Ridgeway  DEPUTY
    101 West Broadway, Suite 1800
6   San Diego, CA  92101-8219
    Telephone:  (619) 234-5000
7   Facsimile:  (619) 236-1995

8   Attorneys for Plaintiff
    BANC OF AMERICA SPECIALTY FINANCE, INC.
9

10                 UNITED STATES DISTRICT COURT

11                 SOUTHERN DISTRICT OF CALIFORNIA

12

13  _____

14  BANC OF AMERICA SPECIALTY        )   Case No. 01CV1206 BTM (LSP)
    FINANCE, INC., a North Carolina   )
15  Corporation, successor-in-interest and )   FINDINGS OF FACT AND ORDER
    formerly known as NATIONSCREDIT  )   AWARDING ATTORNEY'S FEES
16  COMMERCIAL CORPORATION OF        )   AND COSTS TO PLAINTIFF BANC
    AMERICA,                          )   OF AMERICA SPECIALTY
17                                    )   FINANCE, INC.
                        Plaintiff,    )
18                                    )
             vs.                      )
19                                    )   Hon. Barry T. Moskowitz
    APOLLO FISHERIES SERVICE, INC. dba )
20  BLUE PORPOISE MARINE; NATALIE     )
    CINTAS-GLADNICK, an individual, and )
21  RONALD GLADNICK, an individual,   )
                                      )
22                      Defendants.   )
                                      )
23  _____

24

25

26

27

28

50153800v1                                    FINDINGS OF FACT AND ORDER AWARDING
                          -1-                 ATTORNEY'S FEES AND COSTS TO PLAINTIFF
                                              BANC OF AMERICA SPECIALTY FINANCE, INC.
                                              Case No. 01cv1206 BTM (LSP)

1       This Court, having considered Plaintiff Banc of America Specialty Finance, Inc's

2   ("Specialty Finance") Motion for Attorney's fees and Costs, and all pleadings and evidence

3   filed in support thereof, and there being ~~no opposition~~ *a notice of no opposition* filed by Defendants Apollo Fisheries,

4   Inc. dba Blue Porpoise Marine ("Blue Porpoise"), Natalie Cintas-Gladnick, and Ronald

5   Gladnick (collectively referred to as "Defendants"), hereby makes the following findings of

6   facts in support of this Court's order awarding attorney's fees and costs in favor of

7   Specialty Finance in the amount of $62,572.78.

8                           <u>FINDINGS OF FACT</u>

9       1.      On or about July 29, 1997, Specialty Finance and Defendant Blue Porpoise

10  entered into a written Security Agreement-Inventory ("Agreement") wherein Specialty

11  Finance financed the purchase by Blue Porpoise of certain boat inventory for resale.  One of

12  the explicit terms of the Agreement allows Specialty Finance to recover it attorney's fees,

13  court costs and other expenses it incurs in the event Blue Porpoise defaults under the terms

14  of the Agreement.

15      2.      In consideration of Specialty Finance's entering in the Agreement, Natalie

16  Cintas-Gladnick and Ronald Gladnick each personally executed a General Continuing

17  Guaranty Agreement ("Guaranties"), guaranteeing the obligations of Blue Porpoise.

18  Pursuant to the terms of the Guaranties, both Ms. Cintas-Gladnick and Mr. Gladnick

19  specifically agreed to pay a reasonable attorney's fee and all other costs and expenses that

20  Specialty Finance incurs to enforce the Guaranties.

21      3.      On May 1, 2000, Blue Porpoise assigned to Specialty Finance and Specialty

22  Finance purchased from Blue Porpoise ("Assignment") a Security Agreement and

23  Disclosures Statement entered into by and between Blue Porpoise and Jerry and Joellen

24  Saline relating to the retail purchase and financing of a 1999 Albermarle 320 Express.  Blue

25  Porpoise agreed unconditionally to repurchase the documents on demand for the balance

26  remaining unpaid, plus any expense of collection, repossession, foreclosure, transportation,

27  or storage, including attorney's fees and court costs, that Specialty Finance incurs.

28

1    4.    Blue Porpoise defaulted on its obligations under the Agreement by, among

2  other things, defaulting on its payment obligations to Specialty Finance, selling Specialty

3  Finance-financed inventory out of trust and failing to remit the proceeds and failing to

4  deliver to Specialty Finance exclusive possession of all collateral subject to the Agreement.

5  Blue Porpoise also breached the Assignment by making certain warranties that were not

6  true when made.

7    5.    Natalie Cintas-Gladnick and Ronald Gladnick breached their Guaranties by

8  failing and refusing to repay all amounts owed by Blue Porpoise to Specialty Finance under

9  the Agreement.

10    6.    Because of Blue Porpoise's and the Gladnick's defaults under the

11  Agreement, Guaranties, and Assignment, Specialty Finance initiated the instant action

12  against Defendants.

13    7.    On August 14, 2001, and after Specialty Finance successfully moved this

14  Court for an *ex parte* writ of attachment and temporary protective order, the parties settled

15  the instant action.  As part of the settlement, which was placed on the record, Defendants

16  specifically agreed that they were obligated to pay Specialty Finance attorney's fees and

17  costs it incurred in connection with this action.

18    8.    The attorney's fees and costs provisions of the settlement agreement

19  specifically provide that Specialty Finance can move this Court for an award of its

20  attorney's fees and costs.  This provision further grants this Court the authority to award

21  those attorney's fees and costs that the Court deems appropriate, although no formal

22  judgment was entered under the terms of the Settlement Agreement.

23    9.    Specialty Finance's request for attorney's fees made pursuant to the

24  Agreement, the Guaranties, the Assignment, and the Settlement Agreement in the amount

25  of $59,280.28 is fair and reasonable.

26

27

28

FINDINGS OF FACT AND ORDER AWARDING
ATTORNEY'S FEES AND COSTS TO PLAINTIFF
BANC OF AMERICA SPECIALTY FINANCE, INC.
Case No. 01cv1206 BTM (LSP)

1      10.    Specialty Finance's request for costs made pursuant to the Agreement,

2   Guaranties, Assignment and Settlement Agreement, as well as the Local Rules of the

3   Southern District in the amount of $3,292.59 is fair and reasonable.

4          IT IS HEREBY ORDERED that Plaintiff Specialty Finance, Inc. shall recover from

5   defendants Apollo Fisheries, Inc. dba Blue Porpoise Marine, Natalie Cintas-Gladnick, and

6   Ronald Gladnick, jointly and severally, its attorney's fees and costs of suit in the amount of

7   $62,572.78.

8          Date:  January 22, 2002.

9

10

11                                                      Barry T. Moskowitz
                                                        United States District Judge

12  SUBMITTED BY:

13  JENNIE LA PRADE
    RICHARD M. SEGAL
14  MICHELLE L. ADAMS
    PILLSBURY WINTHROP LLP
15  101 West Broadway, Suite 1800
    San Diego, California 92101
16

17

18  By:
                Michelle L. Adams
19

20

21

22

23

24

25

26

27

28

1    Docket No. 01CV1206 BTM (LSP)

2    <u>PROOF OF SERVICE BY MAIL</u>

3    I, <u>Charles L. Sandlin</u>, the undersigned, hereby declare as follows:

4    1.    I am over the age of 18 years and am not a party to the within cause.  I am

5    employed by Pillsbury Winthrop LLP in the City of San Diego, California.

6    2.    My business address is 101 W. Broadway, Suite 1800, San Diego, CA

7    92101-8219.

8    3.    I am familiar with Pillsbury Winthrop LLP's practice for collection and

9    processing of correspondence for mailing with the United States Postal Service; in the

10    ordinary course of business, correspondence placed in interoffice mail is deposited with the

11    United States Postal Service with first class postage thereon fully prepaid on the same day it

12    is placed for collection and mailing.

13    4.    On January 16, 2002, at 101 W. Broadway, Suite 1800, San Diego,

14    California, I served a true copy of the attached document titled exactly FINDINGS OF

15    FACT AND ORDER AWARDING ATTORNEY'S FEES AND COSTS TO PLAINTIFF

16    BANC OF AMERICA SPECIALTY FINANCE, INC. by placing it in an addressed, sealed

17    envelope clearly labeled to identify the person being served at the address shown below and

18    placed in interoffice mail for collection and deposit in the United States Postal Service on

19    that date following ordinary business practices:

20    Evan R. Sorem, Esq.
Gray Cary Ware & Freidenrich LLP
21    4365 Executive Drive
Suite 1100
22    San Diego, CA 92121-2133

23    I declare under penalty of perjury that the foregoing is true and correct.  Executed

24    this 16th day of January, 2002, at San Diego, California.

25

26

27    Charles L. Sandlin

28

50153800v1                    – 5 –            FINDINGS OF FACT AND ORDER AWARDING
ATTORNEY'S FEES AND COSTS TO PLAINTIFF
BANC OF AMERICA SPECIALTY FINANCE, INC.
Case No. 01cv1206 BTM (LSP)