USDC SCAN INDEX SHEET

















```
CAG    8/11/04    13:07
3:01-CV-01206    BANC OF AMERICA V. APOLLO FISHERIES
*66*
*O.*
```

FILED

04 AUG 10 AM 11:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| BANC OF AMERICA,<br><br>   Plaintiff,<br>vs.<br>APOLLO FISHERIES SERVICE, INC., et al.,<br><br>   Defendants. | CASE NO. 01CV1206<br><br>**ORDER TERMINATING CASE** |
|---|---|

The parties having entered a settlement agreement in this matter as to all claims except for Plaintiff's claim for attorneys' fees and costs, the underlying claims are hereby dismissed. The Court's award of attorneys' fees and costs in favor of Plaintiff entered on January 23, 2002 shall remain in full force and effect. All claims having been resolved by settlement or adjudication, the clerk of the court is instructed to terminate this case.

**IT IS SO ORDERED.**
Dated: August 9, 2004

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge

Copies to: All parties and counsel
Magistrate Judge Papas

66                              ENTERED ON 8-11-04
                                                01CV1206